United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LORIMAR MUSIC A CORP., ET AL., § | |
| *Plaintiffs,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:24cv2367 |
| § | |
| ARBED A&M LLC AND JOHN A. VASSALLO, § | |
| *Defendants.* § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March 27, 2025, (Dkt.27) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

As the prevailing party in this copyright infringment action, Plaintiffs are entitled to an award of costs and attorney's fees under 17 U.S.C. § 505. As directed by the Memorandum and Recommendation, Plaintiffs have filed a Motion for Costs and Fees supported by evidence. Dkt. 29. Having reviewed the Plaintiffs' submissions, the court concludes that Plantiffs' request for an award of $20,358.80 (consisting of $2,118.00 for service fees, $1,500.30 for public records searches, and $16,740.50 for attorney's fees and expenses), is reasonable and comports with the factors set forth in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974).

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. It is further **ORDERED** that Plaintiffs' Motion for Costs and Fees (Dkt 29) is **GRANTED.**

The court will enter a separate final judgment awarding Plaintiffs a permanent injunction and $20,358.80 for their reasonable and necessary costs and fees.

SIGNED at Houston, Texas this 22 day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE