United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORIMAR MUSIC A CORP., ET AL., *Plaintiffs,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv2367 |
| ARBED A&M LLC AND JOHN A. VASSALLO, *Defendants.* | § § § | |

**FINAL DEFAULT JUDGMENT**

In accordance with the Order adopting the Magistrate Judge's Memorandum and Recommendation dated March 27, 2025, it is hereby ORDERED and ADJUDGED as follows:

1. Defendants are enjoined from publicly performing, or causing or permitting to be publicly performed, at any establishment owned, operated, managed, or controlled by them, any musical work in the repertory of Plaintiffs' performing rights society, the American Society of Composers, Authors and Publishers (ASCAP) without first obtaining permission to do so.

2. Defendants shall pay Plaintiffs $60,000.00 as statutory damages under 17 U.S.C. § 505.

3. Defendants shall pay Plaintiffs $20,358.80 for their reasonable and necessary attorney's fees and costs.

4. Defendants shall pay Plaintiffs post-judgment interest on the damages award at the statutory rate of 3.96%.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas this 22 day of April, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE